**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jason Colon | : | |
| Debtor | : | Bankruptcy No. 17-16698 |

# ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard, IT IS **ORDERED** THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of **$3,500.00** is **ALLOWED**, and the Standing Trustee shall disburse $3,140.00 in legal fees and $12.00 in costs to counsel for Debtor to the extent provided for in the confirmed plan.

Dated: 6/14/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**