United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jason Colon  
    Debtor

Case No. 17-16698-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 14, 2018  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db          +Jason Colon,   3642 North Percy Street,   Philadelphia, PA 19140-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
       KARINA VELTER   on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com  
       KEVIN G. MCDONALD   on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com  
       MITCHELL LEE CHAMBERS, JR.   on behalf of Debtor Jason  Colon ecfbc@comcast.net  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jason Colon | : | |
| Debtor | : | Bankruptcy No. 17-16698 |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard, IT IS **ORDERED** THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of **$3,500.00** is **ALLOWED**, and the Standing Trustee shall disburse $3,140.00 in legal fees and $12.00 in costs to counsel for Debtor to the extent provided for in the confirmed plan.

Dated: 6/14/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**