## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-16698 |
| Jason Colon | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, NA | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | August 14, 2018 at 09:30 a.m. |
| | : | |
| Jason Colon | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| William C. Miller | : | Philadelphia, PA, 19107 |
| Respondents. | : | |
| | | Related Document # 43 |

### ORDER OF COURT

AND NOW, to wit, this  21st  day of  August , 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 49), it is hereby **ORDERED,** that:

1. The terms of the foregoing Stipulation are hereby approved.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**