# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16698-ELF

JASON COLON

3642 NORTH PERCY STREET

PHILADELPHIA, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JASON COLON

3642 NORTH PERCY STREET

PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-

Date: 10/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee