IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-16698 |
| Jason Colon | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, NA | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | July 17, 2018 at 09:30 a.m. |
| | : | |
| Jason Colon | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| William C. Miller | : | Philadelphia, PA, 19107 |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wells Fargo Bank, NA ("Creditor"), it is hereby **ORDERED** that the automatic stay is **MODIFIED** as it affects the interest of Wells Fargo Bank, NA in and to the Real Property of Debtor located at 3642 N Percy St., Philadelphia, PA 19140 and more particularly described in the Mortgage, recorded March 9, 2006, at Instrument Number 51395806 to permit Wells Fargo to exercise its **in rem** remedies under applicable nonbankruptcy law.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

Date: 3/14/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**