```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-16698-elf
Jason Colon                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Jason Colon,    3642 North Percy Street,    Philadelphia, PA 19140-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Jason  Colon ecfbc@comcast.net,
               paecfbc@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-16698 |
| Jason Colon | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, NA | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | July 17, 2018 at 09:30 a.m. |
| | : | |
| Jason Colon | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| William C. Miller | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wells Fargo Bank, NA ("Creditor"), it is hereby **ORDERED** that the automatic stay is **MODIFIED** as it affects the interest of Wells Fargo Bank, NA in and to the Real Property of Debtor located at 3642 N Percy St., Philadelphia, PA 19140 and more particularly described in the Mortgage, recorded March 9, 2006, at Instrument Number 51395806 to permit Wells Fargo to exercise its **in rem** remedies under applicable nonbankruptcy law.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

Date: 3/14/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**