## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :         **Chapter 13**
    **JASON COLON,**                  :
          **Debtor**         :         **Bky. No.   17-16698 ELF**

# O R D E R

    **AND NOW,**  the Debtor having filed a Motion to Convert Chapter 13 Case to Chapter 7

("the Motion"),

    **AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7

pursuant to 11 U.S.C. §1307(a), <u>see</u> Fed. R. Bankr. P. 1017(f)(3),


    It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.


**Date: June 28, 2019**

                                     _____
                                     **ERIC L. FRANK**
                                     **U.S. BANKRUPTCY JUDGE**