United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16698-elf
Jason Colon                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Jul 01, 2019
                              Form ID: 210U           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db            +Jason Colon,    3642 North Percy Street,    Philadelphia, PA 19140-4326
13992395     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,     Attn: Bankruptcy,    21210 Erwin St,
               Woodland Hills, CA 91367)
13992396      City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
               Philadelphia, PA 19102
13992398     +Credit Management, LP,    The Offices of Credit Management, LP,    Po Box 118288,
               Carrolton, TX 75011-8288
13992399     +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
               Syosset, NY 11791-4401
13992400     +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13992401    #+GLOBAL LENDING SERVICE,    5 CONCOURSE PARKWAY NE,    Atlanta, GA 30328-7104
13992404     +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
13994285     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
13992405    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  WELLS FARGO HOME MORTGAGE,     8480 STAGECOACH CIRCLE,
               Frederick, MD 21701)
14023422     +Wells Fargo Bank, N.A.,    Attn: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
               Des Moines IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:25    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 03:23:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 02 2019 03:23:15    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14076637      E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:25    City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13992397     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 02 2019 03:23:29
               Credit Collections Services,    Po Box 607,    Norwood, MA 02062-0607
14013608      E-mail/Text: bankruptcy@glsllc.com Jul 02 2019 03:22:38    Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
13992402     +E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 03:22:45    IRS,    600 Arch Street,    Room 5200,
               Philadelphia, PA 19106-1611
13992403     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 03:23:02    PA Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14029000      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2019 03:31:15    Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
14037993*    ++GLOBAL LENDING SERVICES LLC,    1200 BROOKFIELD BLVD STE 300,    GREENVILLE SC 29607-6583
               (address filed with court:  Global Lending Services LLC,     1200 Brookfield Blvd Ste 300,
               Greenville, South Carolina 29603)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia           Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 210U            Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
          KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
          MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Jason  Colon ecfbc@comcast.net,
           paecfbc@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Jason Colon                                                                                        Case No: 17−16698−elf

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 7/1/19

For The Court

Timothy B. McGrath
Clerk of Court

70
Form 210U