United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16698-elf
Jason Colon                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jul 01, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
db        +Jason Colon,   3642 North Percy Street,   Philadelphia, PA 19140-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
        KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, NA amps@manleydeas.com
        KEVIN G. MCDONALD   on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
        MITCHELL LEE CHAMBERS, JR.   on behalf of Debtor Jason Colon ecfbc@comcast.net,
         paecfbc@gmail.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **JASON COLON,** | : | |
| Debtor | : | Bky. No.  17-16698 ELF |

# O R D E R

**AND NOW,** the Debtor having filed a Motion to Convert Chapter 13 Case to Chapter 7 ("the Motion"),

**AND**, it being unnecessary to file a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Motion shall be treated as a Notice of Conversion.

**Date: June 28, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**