United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 17-16698-elf
Jason Colon                                                                           Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2                  Date Rcvd: Jul 02, 2019
                            Form ID: 309A            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db            +Jason Colon,   3642 North Percy Street,   Philadelphia, PA 19140-4326
13992395      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin St,
               Woodland Hills, CA 91367)
13992396      City of Philadelphia,   Law Department,   One Parkway Building,   1515 Parkway Building,
               Philadelphia, PA 19102
13992399      +Debt Recovery Solution,   Attention: Bankruptcy,   6800 Jericho Turnpike  Ste 113e,
               Syosset, NY 11791-4401
13992400      +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
13992401      #+GLOBAL LENDING SERVICE,   5 CONCOURSE PARKWAY NE,   Atlanta, GA 30328-7104
13992404      +Philadelphia Co Drs,   34 S 11th St Rm 304,   Philadelphia, PA 19107-3623
13994285      +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
               Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ecfbc@comcast.net Jul 03 2019 03:07:16    MITCHELL LEE CHAMBERS, JR.,
               Law Offices of Mitchell Lee Chambers,   602 Little Gloucester Road,   Suite 5,
               Blackwood, NJ  08012
tr            +EDI: FGARYFSEITZ.COM Jul 03 2019 07:08:00    GARY F. SEITZ,
               Gellert Scali Busenkell & Brown LLC,   8 Penn Center,   1628 John F. Kennedy Blvd,
               Suite 1901,   Philadelphia, PA 19103-2113
smg           E-mail/Text: megan.harper@phila.gov Jul 03 2019 03:07:53    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:07:32
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: uapae.bankruptcynotices@usdoj.gov Jul 03 2019 03:07:48    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 03 2019 03:07:42    United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14076637      E-mail/Text: megan.harper@phila.gov Jul 03 2019 03:07:53    City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13992397      +EDI: CCS.COM Jul 03 2019 07:08:00    Credit Collections Services,   Po Box 607,
               Norwood, MA 02062-0607
13992398      +EDI: CMIGROUP.COM Jul 03 2019 07:08:00    Credit Management, LP,
               The Offices of Credit Management, LP,   Po Box 118288,   Carrollton, TX 75011-8288
14013608      E-mail/Text: bankruptcy@glsllc.com Jul 03 2019 03:07:22    Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
13992402      +EDI: IRS.COM Jul 03 2019 07:08:00    IRS,   600 Arch Street,   Room 5200,
               Philadelphia, PA 19106-1611
13992403      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:07:32    PA Department of Revenue,
               Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14029000      EDI: AIS.COM Jul 03 2019 07:08:00    Verizon,   by American InfoSource LP as agent,
               PO Box 248838,   Oklahoma City, OK  73124-8838
13992405      EDI: WFFC.COM Jul 03 2019 07:08:00    WELLS FARGO HOME MORTGAGE,   8480 STAGECOACH CIRCLE,
               Frederick, MD 21701
14023422      +EDI: WFFC.COM Jul 03 2019 07:08:00    Wells Fargo Bank, N.A.,   Attn: Payment Processing,
               MAC# X2302-04C,   1 Home Campus,   Des Moines IA 50328-0001
                                                                                         TOTAL: 15

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14037993*     ++GLOBAL LENDING SERVICES LLC,   1200 BROOKFIELD BLVD STE 300,   GREENVILLE SC 29607-6583
               (address filed with court: Global Lending Services LLC,   1200 Brookfield Blvd Ste 300,
               Greenville, South Carolina 29603)
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Lisa              Page 2 of 2            Date Rcvd: Jul 02, 2019
                              Form ID: 309A           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
          GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
          KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, NA amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
          MITCHELL LEE CHAMBERS, JR.   on behalf of Debtor Jason  Colon ecfbc@comcast.net,
          paecfbc@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason Colon** | Social Security number or ITIN  **xxx–xx–9732** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | Date case filed in chapter **13**    **10/1/17** |
| Case number:  **17–16698–elf** | | Date case converted to chapter **7**    **6/28/19** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jason Colon | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3642 North Percy Street Philadelphia, PA 19140 | | |
| 4. | **Debtor's attorney** Name and address | MITCHELL LEE CHAMBERS JR. Law Offices of Mitchell Lee Chambers 602 Little Gloucester Road Suite 5 Blackwood, NJ 08012 | | Contact phone 856–302–1778  Email: ecfbc@comcast.net |
| 5. | **Bankruptcy trustee** Name and address | GARY F. SEITZ Gellert Scali Busenkell & Brown LLC 8 Penn Center 1628 John F. Kennedy Blvd Suite 1901 Philadelphia, PA 19103 | | Contact phone 215–238–0011  Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Debtor **Jason Colon**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/2/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 5, 2019 at 04:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/4/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |