Certificate Number: 15111-PAE-DE-033226273

Bankruptcy Case Number: 17-16698



15111-PAE-DE-033226273

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 8, 2019</u>, at <u>3:58</u> o'clock <u>PM EDT</u>, <u>Jason Colon</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 8, 2019</u>          By:    <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>